

**ORDERED in the Southern District of Florida on October 21, 2020.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                                                    CASE NO. 20-20403-LMI
Ruben  Carrazana                                                CHAPTER 13
          Debtor(s)              /

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO CONTINUE THE AUTOMATIC STAY

This case came on for hearing on October 13, 2020 at 9:30 AM upon the Debtor's

Expedited Motion to Continue the Automatic Stay (D.E. #14). For the reasons stated orally and

in open court, it is ORDERED:

1. The Motion to Continue the Automatic Stay is GRANTED.

2. The Automatic Stay shall continue in effect as to all the creditors of the Debtor for the full length of the bankruptcy plan according to 11 U.S.C. § 362(a).

###

Attorney Sanchez shall send a conformed copy of this instant Order to all affected parties and file a certificate of service within the time required by the Local Rules.

Respectfully Submitted by:
Robert Sanchez, Esq. FBN: 0442161
Robert Sanchez & Associates, P.A.
355 West 49TH Street
Hialeah, Florida 33012
(305) 687-8008