UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 20-20403-LMI
 CHAPTER: 13

Ruben Carrazana,

    Debtor.
_____/

**SECURED CREDITOR'S OBJECTION**
**TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**
*(For Property 565 E 8th Street, Hialeah, FL 33010-4541)*

COMES NOW, Deutsche Bank National Trust Company As Trustee For The Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates ("Secured Creditor"), by and through its undersigned attorney, objects to confirmation of the Debtor's *Chapter 13 Plan* [DE 2] filed on September 25, 2020 (the "Plan") and states as follows:

1.    This Case was commenced by the filing of a Chapter 13 Voluntary Petition on September 25, 2020.

2.    Secured Creditor holds a first mortgage lien against real property of the Debtor located at 565 E 8th Street, Hialeah, FL 33010-4541 (the "Property") by virtue of a Mortgage, securing payment of a Note, recorded on June 8, 2005 in the official records, Book 23451 at Page 1737, of the Public Records of Miami-Dade County, Florida.

3.    The deadline for filing claims is December 4, 2020 and Secured Creditor anticipates filing a proof of claim which will reflect a total debt of $191,764.48, a total arrearage of $2,356.40, and a regular post-petition monthly payment of $1,352.96.

4.    The Plan fails to mention the Property even though Debtor signed both the Note and Mortgage, which are attached hereto as **Exhibit A**.

04-094323-B00

5. The Plan fails to provide for full payment of the secured claim in violation of the requirements of §1325(a)(5) and Secured Creditor has not accepted the Plan.

6. Secured Creditor reserves the right to file a supplemental objection.

WHEREFORE, Deutsche Bank National Trust Company As Trustee For The Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates files this Objection to Confirmation of the Debtor's *Chapter 13 Plan* [DE 2], moves the Court to deny confirmation of said Plan, and for such further and other relief that the Court deems just and proper.

> FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
> Attorneys for Secured Creditor
> One East Broward Boulevard, Suite 1111
> Fort Lauderdale, FL  33301
> Phone: 954-522-3233 x1631
> Fax: 954-200-7770
> Email: LSavastano@flwlaw.com
>
> /s/ Lindsey Savastano
> Lindsey Savastano, Esq.
> Florida Bar No. 57079

04-094323-B00

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the below Mailing List this 30th day of October, 2020.

## MAILING LIST

*Attorney for Debtor*
**Robert Sanchez, Esq.**
355 W 49 St.
Hialeah, FL 33012

*Debtor*
**Ruben Carrazana**
565 E 8th Street
Hialeah, FL 33010-4541

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
One East Broward Boulevard, Suite 1111
Fort Lauderdale, FL  33301
Phone: 954-522-3233 x1631
Fax: 954-200-7770
Email: LSavastano@flwlaw.com

/s/ Lindsey Savastano
Lindsey Savastano, Esq.
Florida Bar No. 57079

04-094323-B00