UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Ruben Carrazana                               Case No. 20-20403-LMI
                                                     Chapter 13

_____Debtor(s)____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the **Clerk of the United States Bankruptcy Court.**

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 3 | Bank of America / Deutsche Bank National Trust Company As Trustee | $191,764.48 |

Basis for Objection and Recommended Disposition

On or about November 16, 2020, Creditor filed a secured proof of claim in the amount of $191764.48 and an arrearage in the amount of $2,356.40 for the Debtor's mortgage on his

homestead property for the account ending in 0121. Said Creditor will be paid outside the plan and directly by the Debtor. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on <u>March 8, 2021</u> electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Bank of America
450 American Street
Simi Valley, CA 93065-6285

Deutsche Bank National Trust Company
As Trustee Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Deutsche Bank National Trust Company
As Trustee Bank of America, N.A.
c/o Lindsey Savastano, Esq.
One East Broward Blvd, Suite 111
Fort Lauderdale, FL 33301

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Deutsche Bank National Trust Co.
c/o Eric Smith, CFO
60 Wall Street
NYC60-4006
New York, NY 10005

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice in this

Court set forth in Local Rule 2090-1(A).

          Respectfully Submitted:

          **Robert Sanchez, P.A.**
          Attorney for Debtor
          355 West 49th Street
          Hialeah, FL 33012
          Tel. 305-687-8008
          Fax. 305-512-9701

          By: /s/ Robert Sanchez
             [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Ruben Carrazana            Case No. 20-20403-LMI-

                            Chapter 13

___Debtor(s)___ /

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF Bank of America**

     This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Bank of America [DE #____], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

Claim holder                            Claim No.
Bank of America              3
Disposition:

**\***and the claim is stricken [without prejudice to Claimant to pursue its interest in the collateral]; or as duplicative; Claim #_____ is stricken and Claim #_____ is allowed; or
as a late filed claim and subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority;
and the claim shall be classified as a _____claim in the amount of $_____.

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF XXXX
This matter having come on to be heard at X____, on _____, on the Debtor's Objection to Claim[s] of XXXX [DE #____], this Court having noting agreement of parties and based upon the record, it is,
ORDERED:
1.   The Debtor's Objection to Claim No. XXX filed by ____, is SUSTAINED, in part.
2.   Claim No. _____ filed by ¬¬¬¬¬____, as an unsecured / secured claim, in the amount of $XXX, is STRICKEN and DISALLOWED.
3.   Debtors' request for damages, fees and costs is DENIED WITH PREJUDICE.