

**ORDERED in the Southern District of Florida on April 20, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Ruben Carrazana                               Case No. 20-20403-LMI-
                                                     Chapter 13

            Debtor(s)        /

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF DEUTSCHE BANK**
**NATIONAL TRUST COMPANY AS TRUSTEE FOR BANK OF AMERICA**

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Deutsche Bank National Trust Company As Trustee for Bank of America [DE # 42 ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim holder | Claim No. |
|---|---|
| Bank of America | 3-1 |

Disposition: The claim is allowed as filed with no distribution from the Chapter 13 Trustee.

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**

**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).