UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                    CASE NO.: 20-20403-BKC-LMI
                                                                          PROCEEDING UNDER CHAPTER 13
RUBEN CARRAZANA

DEBTOR                                    /

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on    JUNE 3, 2021    .

                                                                          NANCY K. NEIDICH, ESQUIRE
                                                                          STANDING CHAPTER 13 TRUSTEE
                                                                          P.O. BOX 279806
                                                                          MIRAMAR, FL 33027-9806

                                                                          By: /s/ _____
                                                                          ☐ Kenia Molina, Esq.
                                                                             FLORIDA BAR NO: 0085156
                                                                          ☐ Amy Carrington, Esq.
                                                                             FLORIDA BAR NO: 101877
                                                                          ☒ Jose Ignacio Miceli, Esq.
                                                                             FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.:  20-20403-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
RUBEN CARRAZANA
565 E 8TH STREET
HIALEAH, FL  33010-4541

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
                    ********************
                        FAX TX REPORT
                    ********************

                    TRANSMISSION OK

            JOB NO.                 3940
            User Name               mlinan
            DESTINATION ADDRESS     3055129701
            SUBADDRESS
            DESTINATION ID
            ST. TIME                04/13 12:53
            TX/RX TIME              00'35
            PGS.                    1
            RESULT                  OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

04/13/2021

To: ROBERT SANCHEZ, ESQUIRE

Re: Ruben Carrazana          Case: 20-20403-LMI

Dear ROBERT SANCHEZ, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: TOTAL UNSECURED

Plan fails to provide for 100% of allowed unsecured claims

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case.

Very truly yours,

Maria Linan